

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 6, 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

MAY 0 7 2008

By Hand

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

      Re: <u>Vargas obo T.J. v. Commissioner of Social Security</u>
          08 Civ. 1527 (GBD)

Dear Judge Daniels:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced matter.

      During my preparation of the government's response to the complaint I encountered several issues that require that I seek additional information from the Agency. Because the Agency's response will impact the answer to the complaint, I will be unable to file the government's answer by the current due date, May 6, 2008. Therefore, I respectfully request a thirty-day extension of time, until June 5, 2008, to respond to the complaint.

      Should the Court grant this request, defendant's answer will be due on June 5, 2008. His motion for judgment on the pleadings would then be due on July 7, 2008 (July 5, 2008 falls on a Saturday). Plaintiff's response would be due thirty days from service of the government's motion. Defendant's reply, if any, will be due ten days after service of the response.

---

      The complaint was filed on February 14, 2008, but this Office was not served with a copy of the complaint until March 7, 2008. Therefore, under Federal Rule of Civil Procedure 12(a)(2), the answer is due on May 6, 2008. By Order dated February 28, 2008, the Court directed the Commissioner to answer the complaint within sixty of receipt of the Order. I did not learn of the Court order until yesterday.

  This is the government's first request for an extension in this matter. Plaintiff did not consent to this request because of the amount of time her case has been pending.

  Thank you for consideration of this request.

         Respectfully,

         MICHAEL J. GARCIA
         United States Attorney

      By: *Leslie A. Ramirez-Fisher*
        LESLIE A. RAMIREZ-FISHER
        Assistant U.S. Attorney
        Telephone: (212) 637-0378
        Fax: (212) 637-2750

cc: Dallanara Vargas obo T.J.
   Plaintiff Pro Se
   (By Overnight Mail)