**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 5, 2008

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS

JUN 0 9 2008

By Hand

Honorable George B. Daniels
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

     Re: <u>Vargas obo T.J. v. Commissioner of Social Security</u>
        08 Civ. 1527 (GBD)

Dear Judge Daniels:

     This Office represents the Commissioner of Social Security, defendant in the above-referenced matter. Upon my initial review of the case, I identified several issues that required that I seek additional information from the Agency. This review is still pending, and therefore I am unable to respond to the complaint by today, June 5, 2008, the current due date.

     Should the Court grant this request, defendant's answer will be due on July 7, 2008 (July 5, 2008 falls on a Saturday). His motion for judgment on the pleadings would then be due on August 6, 2008. Plaintiff's response would be due thirty days from service of the government's motion. Defendant's reply, if any, will be due ten days after service of the response.

     This is the government's second request for an extension in this matter as the answer was originally due on May 6, 2008. Plaintiff did not consent to this request because of the amount of time her case has been pending. I understand plaintiff's concerns, and I am endeavoring to resolve these matters expeditiously.

Thank you for consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Dallanara Vargas obo T.J.
    Plaintiff Pro Se
    (By Overnight Mail)