

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
DALLANARA VARGAS o/b/o            :
TAISHALI JIMENEZ,                 :
                                  :
                  Plaintiff,      :
                                  :
        - v. -                    :   STIPULATION AND ORDER
                                  :       OF REMAND
MICHAEL J. ASTRUE,                :   08 Civ. 1527(GBD)
Commissioner of                   :
Social Security,                  :
                                  :
                  Defendant.      :
- - - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       June 13, 2008

                                      DALLANARA VARGAS
                                      Plaintiff Pro Se
                                      2334 Washington Avenue
                                      Apt. #43
                                      Bronx, New York 10458
                                      Telephone No. (646) 648-7424

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant

                                By: _____
                                      LESLIE A. RAMIREZ-FISHER
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York  10007
                                      Telephone No.: (212) 637-0378
                                      Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:    AUG 1 3 2008

_____
United States District Judge
**HON. GEORGE B. DANIELS**